UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HARLAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE MADDING,<br><br>　　　　Respondent.<br>_____ | 1:06-CV-0902 LJO WMW (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(DOCUMENT #11) |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 7, 2007, petitioner filed a motion to extend time to file opposition to Respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted thirty days from the date of service of this order in which to file opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:    June 14, 2007**　　　　　　　　　　　　　/s/  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE