IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HARLAN, | 1:06-cv-00902 LJO WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS |
| MIKE MADDING, | (DOCUMENT #15) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 27, 2007, respondent filed a motion to extend time to file a reply to petitioner's opposition to Motion to Dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a reply to the opposition.

IT IS SO ORDERED.

**Dated:    August 28, 2007**              /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE